IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:06CR3052 |
| DAVID GARLEWICZ, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Suppression Hearing, filing 16. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant's suppression hearing shall be continued until the 24th day of May, 2006, at 1:00 p.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's suppression hearing; and that continuing the suppression hearing in this case outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time between May 23, 2006, and the date next set shall be excluded for speedy trial calculation purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

DATED this 15th day of May, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge