IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID M. GARLEWICZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Garlewicz's motion to release appearance and compliance bond (filing 64) is granted. The Clerk of Court shall refund and return the $2,000 cash bond deposit to David Garlewicz.

    March 12, 2007.              BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge